

**O+Z | Oppenheim + Zebrak, LLP**

Matthew J. Oppenheim
4530 Wisconsin Avenue NW | 5th Floor
Washington, DC 20016
T: (202) 450-3958 | F: (866) 766-1678
matt@oandzlaw.com | www.oandzlaw.com

February 14, 2020

**VIA FACSIMILE**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cengage Learning, Inc., et al. v. Does 1-48,*
S.D.N.Y. Case No. 20-cv-769-JGK

*[Handwritten annotation: "The sealing order in this case is lifted. No documents should remain sealed. So ordered. /s/ John G. Koeltl, U.S.D.J. 2/18/20"]*

Dear Judge Koeltl:

We represent Plaintiffs Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC, Elsevier Inc., McGraw Hill LLC, and Pearson Education, Inc. ("Plaintiffs") in the above-referenced action. We write to request that the sealing order imposed in connection with the Court's Order dated January 29, 2020 ("Order") be lifted. On February 13, 2020, Plaintiffs served Defendants at the email addresses provided to Plaintiffs by payment processors, hosts, and registrars and identified as associated with Defendants' respective websites and accounts. Attached is a copy of Plaintiffs' Declaration of Service of Process, which Plaintiffs will file on the ECF docket once available (or under seal on February 18, 2020 if the ECF docket is not yet available by the close of business).

Thank you for the Court's consideration of these requests.

Sincerely,

/s Matthew J. Oppenheim

Matthew J. Oppenheim

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-19-20

Hon. John G. Koeltl
February 14, 2020
Page 2

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, ELSEVIER INC., MCGRAW HILL LLC, and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOE 1 d/b/a ALLEBOOKSVITAL.COM, DOE 2 d/b/a ANLIFESTYLES.COM, DOE 3 d/b/a BLOGSHIRTS68.CLUB, DOE 4 d/b/a BOOKDESKSHOP.COM, DOE 5 d/b/a BOSSIVA.COM, DOE 6 d/b/a DUPLANACA.COM, DOE 7 d/b/a DURANBOOKS.COM, DOE 8 d/b/a EBESTREADER.COM, DOE 9 d/b/a EBOOK.ENGASTORE.COM, DOE 10 d/b/a EBOOKCLOUDS.COM, DOE 11 d/b/a EBOOKLISTTOP.COM, DOE 12 d/b/a EBOOKSMARTLY.COM, DOE 13 d/b/a EBOOKSNOW.ORG, DOE 14 d/b/a EBOOKSPACES.COM, DOE 15 d/b/a EBOOKSPOT.SHOP, DOE 16 d/b/a EBOOKSROCKET.COM, DOE 17 d/b/a ECOEBOOK.COM, DOE 18 d/b/a EDUPLIFY.COM, DOE 19 d/b/a EPERFECTEDU.COM, DOE 20 d/b/a ESTORESELECT.COM, DOE 21 d/b/a EVOMALLS.COM, DOE 22 d/b/a FRIDAYCOLLECTION.MYSHOPIFY.COM, DOE 23 d/b/a GOGOODDISCOUNT.COM, DOE 24 d/b/a HLSHIRT.COM, DOE 25 d/b/a HUNTERBUUK.COM, DOE 26 d/b/a INTELLEGANTMARKETS.COM, DOE 27 d/b/a IZIEBOOK.COM, DOE 28 d/b/a JENLION.CO, DOE 29 d/b/a JENWIND.CO, DOE 30 d/b/a JOLOSTORE.COM, DOE 31 d/b/a KA-SHOPP.MYSHOPIFY.COM, DOE 32 d/b/a KIWIBOOKCLUB.MYSHOPIFY.COM, DOE 33 d/b/a MAGIC.ENGASTORE.COM, DOE 34 d/b/a NOAMALLS.COM, DOE 35 d/b/a | Case No. 20-cv-769-JGK |

1

OSCARMALLS.COM, DOE 36 d/b/a PAYVERSITYSTORE.MYSHOPIFY.COM, DOE 37 d/b/a PRICEAIRSTORE.COM, DOE 38 d/b/a RITZYISH.US, DOE 39 d/b/a SHEELLAS.COM, DOE 40 d/b/a SMART-EDU-STORE.MYSHOPIFY.COM, DOE 41 d/b/a SOURCE4STUDENT.COM, DOE 42 d/b/a STINGMALL.COM, DOE 43 d/b/a STUDENTNCLASS.MYSHOPIFY.COM, DOE 44 d/b/a STUDYHALLPRESS.COM, DOE 45 d/b/a TEESPOPS.COM, DOE 46 d/b/a TESTBANKKLICK.COM, DOE 47 d/b/a TOPBOOKS.ZIPLOMA.COM, AND DOE 48 d/b/a VALERIEHOPTOP.COM

Defendants.

## **DECLARATION OF SERVICE OF PROCESS**

I, Matthew J. Oppenheim, hereby declare as follows:

1. Pursuant to the Court's Ex Parte Order issued on January 29, 2020, authorizing service by email, I caused (1) the January 29th Order, (2) the Complaint and Exhibits, (3) the Summons, (4) the Memorandum of Law in support of the Order to Show Cause, (5) the Declaration of Matthew J. Oppenheim and the exhibits thereto, (5) the Declaration of Dan Seymour and the exhibits thereto, (6) the Declaration of Richard Essig, (7) the Declaration of William Gadoury, (8) the Declaration of Kelly McCann, (9) the Declaration of Steven Rosenthal, (10) the Declaration of Jessica Stitt, and (11) the February 5, 2020 Order, to be served via email on February 13, 2020 on Does 1 – 48, doing business as, respectively, allebooksvital.com, anlifestyles.com, blogshirts68.club, bookdeskshop.com, bossiva.com, duplanaca.com, duranbooks.com, ebestreader.com, ebook.engastore.com, ebookclouds.com, ebooklisttop.com, ebooksmartly.com, ebooksnow.org, ebookspaces.com, ebookspot.shop, ebooksrocket.com, ecoebook.com, eduplify.com, eperfectedu.com, estoreselect.com, evomalls.com, fridaycollection.myshopify.com, gogooddiscount.com, hlshirt.com, hunterbuuk.com, intellegantmarkets.com, iziebook.com,

2

jenlion.co, jenwind.co, jolostore.com, ka-shopp.myshopify.com, kiwibookclub.myshopify.com, magic.engastore.com, noamalls.com, oscarmalls.com, payversitystore.myshopify.com, priceairstore.com, ritzyish.us, sheellas.com, smart-edu-store.myshopify.com, source4student.com, stingmall.com, studentnclass.myshopify.com, studyhallpress.com, teespops.com, testbankklick.com, topbooks.ziploma.com, and valeriehoptop.com as follows:

| Defendant | Email Addresses |
|---|---|
| Doe 1 d/b/a allebooksvital.com | allebooksvital@gmail.com |
| Doe 2 d/b/a anlifestyles.com | vandoanbql@gmail.com |
| Doe 3 d/b/a blogshirts68.club | admin@dahomedecor.com<br>blogshirts68@gmail.com<br>dammanh891@gmail.com<br>0528524276@kyguihang.com<br>hlteen86@gmail.com |
| Doe 4 d/b/a bookdeskshop.com | haniff_haslam@outlook.com<br>trakeembintalha@gmail.com |
| Doe 6 d/b/a duplanaca.com | support@ebookzoom.com<br>xuanmanhkhi538@gmail.com<br>support@duplanaca.com<br>xplannet@gmail.com |
| Doe 7 d/b/a duranbooks.com | support@duranbook.com<br>liviamace08huyjizxkkss@gmail.com<br>amnamrizvi@gmail.com |
| Doe 8 d/b/a ebestreader.com | bestreader.contact@gmail.com<br>muhdizhan1986@hotmail.com |
| Doe 9 d/b/a ebook.engastore.com | xuantruong21nd@gmail.com<br>ebook@engastore.com<br>linhdinh.utc@gmail.com<br>tieutientrieudo@gmail.com |
| Doe 10 d/b/a ebookclouds.com | ebookclouds.com@gmail.com<br>thienminh31527@gmail.com |
| Doe 11 d/b/a ebooklisttop.com | support@ebooklisttop.com<br>myerssilviae481@gmail.com |
| Doe 12 d/b/a ebooksmartly.com | rafanbinwaseefw@gmail.com |
| Doe 13 d/b/a ebooksnow.org | admin@ebooksnow.org<br>ebooksnowteam@gmail.com |

| Defendant | Email Addresses |
|---|---|
| Doe 14 d/b/a ebookspaces.com | ebookspaces.com@gmail.com<br>pinder37@gmail.com<br>brendadmarsh@gmail.com<br>motoquay@gmail.com<br>info@teescan.com |
| Doe 15 d/b/a ebookspot.shop | ebookspot2019@gmail.com<br>myfavoritethings02@gmail.com |
| Doe 16 d/b/a ebooksrocket.com | info@ebooksrocket.com<br>allebookshophelp@gmail.com |
| Doe 17 d/b/a ecoebook.com | livingmistore1987@outlook.com<br>Support@ecoebook.com<br>stevenhuvan@gmail.com<br>laniejulieey98@gmail.com<br>vernitavalaried5vu@gmail.com<br>stackbettinaeswu@gmail.com<br>somcobienphap@gmail.com<br>doductai727183@gmail.com<br>keybonner288156@gmail.com<br>trandinhnhung81625@gmail.com<br>kiethgabriella38v8@gmail.com |
| Doe 18 d/b/a eduplify.com | muhdzainbinmalik@hotmail.com |
| Doe 19 d/b/a eperfectedu.com | mohdsabilsadaqat@outlook.my |
| Doe 20 d/b/a estoreselect.com | harrisiq07@gmail.com<br>jamwang40@gmail.com |
| Doe 21 d/b/a evomalls.com | support@evomalls.com<br>payment@evomalls.com<br>chad6mlawrence2zvub@yahoo.com<br>anhngo42914@gmail.com<br>vuongpham873942@gmail.com<br>dangle66013@gmail.com<br>dinhly554724@gmail.com<br>hale343931@gmail.com<br>gregory9nlawrence11z3i@yahoo.com<br>michael0whowell27diq@yahoo.com<br>ernest5yboyd2htl8@yahoo.com<br>lethattho598671@gmail.com |
| Doe 22 d/b/a fridaycollection.myshopify.com | ahmadanwaribinzakaria@outlook.my<br>fdaycollection.contact@gmail.com<br>ibrahimroslan01@gmail.com |
| Doe 23 d/b/a gogooddiscount.com | support@gogooddiscount.com<br>mostafizur.riyad@gmail.com<br>mohiy13234@win-777.net |

4

| Defendant | Email Addresses |
|---|---|
| Doe 24 d/b/a hlshirt.com | admin@dahomedecor.com<br>dahomedecors@gmail.com<br>vitakandace31499@gmail.com |
| Doe 25 d/b/a hunterbuuk.com | jaliliman@outlook.my<br>hunterbook.main@gmail.com |
| Doe 26 d/b/a intellegantmarkets.com | sabek20020@gmail.com<br>bassil2811968@gmail.com<br>banoramaalabour@gmail.com |
| Doe 27 d/b/a iziebook.com | support@pizado.com<br>upport@plutostars.com |
| Doe 28 d/b/a jenlion.co | dtstore@shopmail.me |
| Doe 29 d/b/a jenwind.co | support@pizado.com |
| Doe 30 d/b/a jolostore.com | support@jolostore.com<br>kaolastore20192020@outlook.com<br>vht14012015@outlook.com<br>weeweestore@gmail.com<br>quynhlan14697@gmail.com<br>stevenhuvan@gmail.com<br>snydertravis16961@gmail.com<br>payment@rubigshop.com<br>phamphidiep253027@gmail.com<br>tranthoenminh1965v@gmail.com<br>levyburris340402@gmail.com<br>dinhhung111189@gmail.com<br>baltimoreturleyj0jg@gmail.com<br>lucasnjrusselllx@gmail.com<br>tassinmcalpinjpk7@gmail.com<br>domanhcuong630376@gmail.com<br>bentleyewing378246@gmail.com<br>michelarzito@gmail.com<br>zara0yfoster9n@gmail.com<br>shottscarrithersgsdk@gmail.com<br>mckaywitt42215@gmail.com<br>eruifxb.654.55uyrdf@gmail.com<br>chiasebucanh@gmail.com<br>rollinsholder697933@gmail.com<br>elaineegarzaql3e3@yahoo.com<br>payment@shortsmenabc.store<br>clayaoayu@yahoo.com<br>peckcooley19989@gmail.com<br>mcintyrecrane278748@gmail.com<br>dawnspace1@gmail.com<br>salascotton54037@gmail.com |

| Defendant | Email Addresses |
|---|---|
|  | kozakrayner1ijs@gmail.com<br>lexuanthuy56622@gmail.com |
| Doe 31 d/b/a ka-shopp.myshopify.com | nizarsaiddin72@outlook.com<br>azmeerkh@gmail.com |
| Doe 32 d/b/a kiwibookclub.myshopify.com | kiwibookclub21@gmail.com<br>info.koalaprint@gmail.com |
| Doe 33 d/b/a magic.engastore.com | wudqyz49@gmail.com<br>magic@engastore.com<br>xuantruong21nd@gmail.com |
| Doe 34 d/b/a noamalls.com | contact@noamalls.com |
| Doe 35 d/b/a oscarmalls.com | contact@oscarmalls.com<br>zsell@vnistock.com |
| Doe 36 d/b/a payversitystore.myshopify.com | info.payversitystore@gmail.com<br>blizzardbooks@outlook.com |
| Doe 37 d/b/a priceairstore.com | support@priceairstore.com<br>martastaggs6@gmail.com<br>hollisspotwooddadon9d@gmail.com<br>bachtieu30@gmail.com<br>tamrafollandmaruska6lp@gmail.com<br>trongtrongbach@gmail.com<br>teayonual@gmail.com<br>coryschwanbeckmarierdnps@gmail.com<br>cananhbach11@gmail.com<br>violettepascullibruh2jid@gmail.com<br>salenathornellmasottim6pn@gmail.com<br>violatrasportorndorff25hmk@gmail.com<br>maishagutermuthstamanddv9@gmail.com<br>lavernahosszieskeom015@gmail.com<br>giongaibig@gmail.com<br>trongback1222@gmail.com<br>norinecarvellmurzyckizpfu@gmail.com<br>goldenpuffettthomasesvz60i@gmail.com<br>linettewiesswillmerta21y@gmail.com<br>allietalamasmcquearyw7sg@gmail.com<br>annamariecolleykauahiraenr@gmail.com<br>teodorolabatchorlton5ta@gmail.com<br>mollysthomase25@gmail.com<br>rudywaxkalbergm2wa@gmail.com<br>taunyasyonbotros67u55@gmail.com<br>winfredtebbettsdiangelo17gxl@gmail.com<br>luciobodakfessendensyks@gmail.com<br>elwandateresabilel6te@gmail.com<br>davidellingmatalkafjp@gmail.com |

| Defendant | Email Addresses |
|---|---|
| Doe 38 d/b/a ritzyish.us | support@leofifty.com<br>tanbd@me.com<br>support@bohoodo.com<br>support@rintee.com |
| Doe 39 d/b/a sheellas.com | support@librastyles.com<br>victorianmendozag915@gmail.com<br>hansonptylers060@gmail.com<br>margueritevfreeman7dzi4@yahoo.com<br>karinacrist88309@gmail.com<br>tiffanyedenfield1119@gmail.com<br>sandramarquez0223@gmail.com<br>jackiehamilton842@gmail.com<br>joleenellamae645127@gmail.com<br>vanhngoailoai658@gmail.com<br>elveraramirez0308@gmail.com<br>royalscott550@gmail.com<br>stephenygradys256@gmail.com<br>jasonredd0609@gmail.com<br>doaiminhkhoaitay87@gmail.com<br>taylorelisabeth361@gmail.com<br>wallacewanda908@gmail.com<br>johnsonchantal48@gmail.com<br>brhmmcdnld@gmail.com<br>emphienthanh1589@gmail.com<br>jillepottert49@gmail.com<br>deborahflannel026@gmail.com<br>bentsuchimoto@gmail.com<br>jacobsewllacet@gmail.com<br>newmanchristina48@gmail.com<br>lorettaglovet513@gmail.com<br>trankimoanh41563@gmail.com<br>marymcgoughcrib@gmail.com<br>emcuaanhnhau587@gmail.com<br>tomaselloyda318@gmail.com<br>douthitdennis2@gmail.com<br>cynthiabernabestraw@gmail.com<br>hammondtjeralds6@gmail.com<br>chimong0918@gmail.com<br>duoingonmanh686@gmail.com<br>jodimartin557@gmail.com<br>derrickpotts886@gmail.com<br>goodmanyjanetteb2@gmail.com<br>marysmith01211962@gmail.com<br>lezleygarcia0528@gmail.com<br>chamelvaayers02@gmail.com |

| Defendant | Email Addresses |
|---|---|
| | lawsonydallase43@gmail.com<br>doamanhkhua969@gmail.com<br>janieconfortilair@gmail.com<br>celiabeatriz1222@gmail.com<br>tonystuckert1@gmail.com<br>teresadavidname@gmail.com<br>danielrobinson584839@gmail.com<br>merrittklein82301@gmail.com<br>antunezeduardo12@gmail.com<br>lawsonydallase75@gmail.com<br>careybeyah408@gmail.com<br>guerreroacaseys880@gmail.com<br>duyhoanghanh486@gmail.com<br>josepharrudalyric@gmail.com<br>vanhkhoaitay4768@gmail.com<br>wellsomabels913@gmail.com<br>kimberleyluetta36128@gmail.com<br>damianreed1022@gmail.com<br>kevinsaulsberry477@gmail.com<br>edgarsw705@gmail.com<br>dungtaypha5189@gmail.com<br>hollymashburn72@gmail.com<br>mccarthysealexise391@gmail.com<br>carolinenasir445@gmail.com<br>melissamwades@gmail.com<br>chrismangione1229@gmail.com<br>hamptonbrubye51@gmail.com<br>pleasantsjeffrey938@gmail.com<br>thomasmurphy009974@gmail.com<br>embietsaodc1638@gmail.com<br>minnienpauls456@gmail.com<br>dianasgriffina585@gmail.com<br>renneesjeffersonb@gmail.com<br>chinh.gapptech@gmail.com |
| Doe 40 d/b/a smart-edu-store.myshopify.com | mohammadahlan87@outlook.com<br>smartedu.contact@gmail.com |
| Doe 41 d/b/a source4student.com | husainrasib_92@outlook.com<br>qabeelbinmuzammilmuzammil@gmail.com |

8

| Defendant | Email Addresses |
|---|---|
| Doe 42 d/b/a stingmall.com | support@stingmall.com<br>tuyethoang70488@gmail.com<br>gregoryfaustinjjg3o@yahoo.com<br>tinlaichinhminh5@gmail.com<br>hoanghoang548037@gmail.com<br>hosonduong229513@gmail.com<br>yenphan78571@gmail.com<br>hahuuhien32665@gmail.com |
| Doe 43 d/b/a studentnclass.myshopify.com | books4kimi@gmail.com<br>Info.StudentNClass@gmail.com |
| Doe 44 d/b/a studyhallpress.com | info@studyhallpress.com<br>studyhallpress@gmail.com |
| Doe 45 d/b/a teespops.com | support@teespops.com<br>vophan36115@gmail.com<br>hongkieu23924@gmail.com<br>peggy6mhart21gjv@yahoo.com<br>lehuongduong298477@gmail.com<br>datunhanrang@gmail.com<br>williamsnorma826@gmail.com<br>marcus4drichards2fpot@yahoo.com<br>stella2dgregory2rysy@yahoo.com<br>harry4zshaw2xmyr@yahoo.com<br>phuongpham52508@gmail.com<br>allen1bmendoza232yy@yahoo.com<br>tyler3vmills2co7l@yahoo.com<br>tranlo45047@gmail.com<br>rhonda0dmeyer24d9w@yahoo.com<br>velma3hhopkins2ooqj@yahoo.com<br>maureenaruizmwwbs@yahoo.com<br>clyde7zcarlson2iw9r@yahoo.com<br>nghiemngo47959@gmail.com<br>arthur7ddouglas2djgf@yahoo.com<br>joanne3xstanley2tfxx@yahoo.com<br>francisco7wgriffith29xvo@yahoo.com<br>ronnie7bsnyder2go04@yahoo.com<br>darren9eford1i05q@yahoo.com<br>constance0nsutton2o0ru@yahoo.com<br>rodney1qsantiago2by49@yahoo.com<br>eugene9fpeters1bkqn@yahoo.com<br>florence3jgarner21p52@yahoo.com<br>brett6glove2aj2m@yahoo.com<br>vidau42907@gmail.com<br>nhieudemmoben@gmail.com<br>colleen0scurtis2i4sx@yahoo.com<br>kristi7xvasquez2rc0v@yahoo.com |

| Defendant | Email Addresses |
|---|---|
| | thile111531@gmail.com |
| | gregory0wchapman2e5zj@yahoo.com |
| | mark3kknight25wxy@yahoo.com |
| | giadanhnhanchung@gmail.com |
| | rhonda2qmay2qhyr@yahoo.com |
| | buihahai168193@gmail.com |
| | claudia1pjennings2nw81@yahoo.com |
| | maycungtiecnuoi@gmail.com |
| | annie3mnichols29pwa@yahoo.com |
| | thule875722@gmail.com |
| | roitraitimtho@gmail.com |
| | trangiahiep598678@gmail.com |
| | jackamedinarw4c1@yahoo.com |
| | trinhlam33837@gmail.com |
| | erin4zkelley2ntbz@yahoo.com |
| | willie7ffisher21j51@yahoo.com |
| | cody9vmunoz11rig@yahoo.com |
| | leon6nschultz2scwc@yahoo.com |
| | vuongpham343924@gmail.com |
| | velma1hhopkins2ooqj@yahoo.com |
| | antonio7ikennedy21y9l@yahoo.com |
| | yeutoquantrong@gmail.com |
| | buivanhanh864696@gmail.com |
| | andre6awarner2e1z1@yahoo.com |
| | lapnendaithu@gmail.com |
| | dathuongtiende@gmail.com |
| | nguyentran34647@gmail.com |
| | victoriagettis8@yahoo.com |
| | thaimai253014@gmail.com |
| | peteroray4eydx@yahoo.com |
| | melvin9sshelton1ca4z@yahoo.com |
| | dongthoidantheo@gmail.com |
| | norma3xsims2wglo@yahoo.com |
| | lindsaynlucaslastq@yahoo.com |
| | dolores6ggriffith2l497@yahoo.com |
| | gene3hberry2wv6w@yahoo.com |
| | dothienluong313211@gmail.com |
| | adrian9ybarker1wtj1@yahoo.com |
| | ryan2dhaynes20qmg@yahoo.com |
| | brent1ialvarez219t5@yahoo.com |
| | bangngo301694@gmail.com |
| | jasmine9mgrahamto@gmail.com |
| | allen3bmendoza232yy@yahoo.com |
| | vamanhmequay@gmail.com |
| | greg0bkim29thd@yahoo.com |

| Defendant | Email Addresses |
|---|---|
| | layla2agomez6s@gmail.com<br>diana9wwells1gb8f@yahoo.com<br>gene1hberry2wv6w@yahoo.com<br>corey6boliver2nauo@yahoo.com<br>gene0jhenry2018x@yahoo.com<br>phillip5wwoods25t79@yahoo.com<br>greg3ubyrd28s57@yahoo.com<br>eileen6lfrazier2tw7r@yahoo.com<br>bruce3ycruz2knzr@yahoo.com<br>faye4hspencer2fyen@yahoo.com<br>diepkieu567024@gmail.com |
| Doe 46 d/b/a testbankklick.com | sales@testbankklick.com<br>testbankklick@gmail.com |
| Doe 47 d/b/a topbooks.ziploma.com | topbooks@ziploma.com<br>luutoan091086@gmail.com<br>xuantruong21nd@gmail.com |
| Doe 48 d/b/a valeriehoptop.com | info@valeriehoptop.com<br>jayscollectioncontact@gmail.com<br>devonjacksonforever@gmail.com |

2. Defendants' email addresses above were provided to Plaintiffs by payment processors, hosts, and registrars and identified as associated with Defendants' respective websites and accounts.

3. I did not receive bounce-back emails or other messages reporting that my email described in paragraph 1 was undeliverable for all of the email addresses associated with any individual Defendant.

11

I declare under penalty of perjury that the foregoing is true and correct to the best my knowledge and belief.

DATED: February 14, 2020

　　　　　　　　　　　　　*/s/ Matthew J. Oppenheim*

　　　　　　　　　　　　　*Attorneys for Plaintiffs Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Elsevier Inc., McGraw Hill LLC, and Pearson Education, Inc.*