UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC. et al,

        Plaintiffs,        20cv769 (JGK)

- against -        ORDER
        UNDER SEAL

DOE 1 et al.,

        Defendants.

JOHN G. KOELTL, District Judge:

For good cause shown, the Temporary Restraining Order in this case is extended to **midnight** on **February 26, 2020**. The hearing on the order to Show Cause for a Preliminary Injunction and other relief is adjourned to **February 24, 2020** at **4:00 PM**. Answering papers are due on **February 18, 2020**. Reply papers are due on **February 20, 2020**. The plaintiffs must serve all papers by **February 13, 2020** and file proof of service by **February 20, 2020**.

SO ORDERED.

Dated:    New York, New York
          February 5, 2020

                                      John G. Koeltl
                               United States District Judge