**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2.25.20

**CENGAGE LEARNING, INC. et al.,**

        **Plaintiffs,**

    **- against -**

**DOE 1 et al.,**

        **Defendants.**

**20cv769 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The plaintiff should advise the Court about the status of this case within sixty days.

**SO ORDERED.**

**Dated:**    **New York, New York**
        **February 24, 2020**

           **John G. Koeltl**
       **United States District Judge**