**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, ELSEVIER INC., MCGRAW HILL LLC, and PEARSON EDUCATION, INC., | |
| Plaintiffs, | |
| v. | |
| DOE 1 d/b/a ALLEBOOKSVITAL.COM, DOE 2 d/b/a ANLIFESTYLES.COM, DOE 3 d/b/a BLOGSHIRTS68.CLUB, DOE 4 d/b/a BOOKDESKSHOP.COM, DOE 5 d/b/a BOSSIVA.COM, DOE 6 d/b/a DUPLANACA.COM, DOE 7 d/b/a DURANBOOKS.COM, DOE 8 d/b/a EBESTREADER.COM, DOE 9 d/b/a EBOOK.ENGASTORE.COM, DOE 10 d/b/a EBOOKCLOUDS.COM, DOE 11 d/b/a EBOOKLISTTOP.COM, DOE 12 d/b/a EBOOKSMARTLY.COM, DOE 13 d/b/a EBOOKSNOW.ORG, DOE 14 d/b/a EBOOKSPACES.COM, DOE 15 d/b/a EBOOKSPOT.SHOP, DOE 16 d/b/a EBOOKSROCKET.COM, DOE 17 d/b/a ECOEBOOK.COM, DOE 18 d/b/a EDUPLIFY.COM, DOE 19 d/b/a EPERFECTEDU.COM, DOE 20 d/b/a ESTORESELECT.COM, DOE 21 d/b/a EVOMALLS.COM, DOE 22 d/b/a FRIDAYCOLLECTION.MYSHOPIFY.COM, DOE 23 d/b/a GOGOODDISCOUNT.COM, DOE 24 d/b/a HLSHIRT.COM, DOE 25 d/b/a HUNTERBUUK.COM, DOE 26 d/b/a INTELLEGANTMARKETS.COM, DOE 27 d/b/a IZIEBOOK.COM, DOE 28 d/b/a JENLION.CO, DOE 29 d/b/a JENWIND.CO, DOE 30 d/b/a JOLOSTORE.COM, DOE 31 d/b/a KA-SHOPP.MYSHOPIFY.COM, DOE 32 d/b/a KIWIBOOKCLUB.MYSHOPIFY.COM, DOE 33 d/b/a MAGIC.ENGASTORE.COM, DOE 34 d/b/a NOAMALLS.COM, DOE 35 d/b/a | Case No. 20-cv-769-JGK |

OSCARMALLS.COM, DOE 36 d/b/a
PAYVERSITYSTORE.MYSHOPIFY.COM, DOE
37 d/b/a PRICEAIRSTORE.COM, DOE 38 d/b/a
RITZYISH.US, DOE 39 d/b/a SHEELLAS.COM,
DOE 40 d/b/a SMART-EDU-
STORE.MYSHOPIFY.COM, DOE 41 d/b/a
SOURCE4STUDENT.COM, DOE 42 d/b/a
STINGMALL.COM, DOE 43 d/b/a
STUDENTNCLASS.MYSHOPIFY.COM, DOE 44
d/b/a STUDYHALLPRESS.COM, DOE 45 d/b/a
TEESPOPS.COM, DOE 46 d/b/a
TESTBANKKLICK.COM, DOE 47 d/b/a
TOPBOOKS.ZIPLOMA.COM, AND DOE 48 d/b/a
VALERIEHOPTOP.COM

Defendants.

## AMENDED PRELIMINARY INJUNCTION

Plaintiffs Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Elsevier Inc., McGraw Hill LLC, and Pearson Education, Inc. (collectively, "Plaintiffs") have moved against Defendants Does 1 – 48, doing business as, respectively, allebooksvital.com, anlifestyles.com, blogshirts68.club, bookdeskshop.com, bossiva.com, duplanaca.com, duranbooks.com, ebestreader.com, ebook.engastore.com, ebookclouds.com, ebooklisttop.com, ebooksmartly.com, ebooksnow.org, ebookspaces.com, ebookspot.shop, ebooksrocket.com, ecoebook.com, eduplify.com, eperfectedu.com, estoreselect.com, evomalls.com, fridaycollection.myshopify.com, gogooddiscount.com, hlshirt.com, hunterbuuk.com, intellegantmarkets.com, iziebook.com, jenlion.co, jenwind.co, jolostore.com, ka-shopp.myshopify.com, kiwibookclub.myshopify.com, magic.engastore.com, noamalls.com, oscarmalls.com, payversitystore.myshopify.com, priceairstore.com, ritzyish.us, sheellas.com, smart-edu-store.myshopify.com, source4student.com, stingmall.com, studentnclass.myshopify.com, studyhallpress.com, teespops.com, testbankklick.com, topbooks.ziploma.com, valeriehoptop.com, and those additional websites identified on **Appendix**

A (the "Infringing Sites"), and under the names, aliases, and email address identified on **Appendix A** hereto (collectively, "Defendants"**)**, for a preliminary injunction pursuant to Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), the Lanham Act (15 U.S.C. § 1116), and N.Y. C.P.L.R. § 6201.  Plaintiffs proceed on the basis that Defendants are reproducing and distributing unauthorized electronic copies of Plaintiffs' copyrighted textbooks, as set forth in Plaintiffs' Complaint.

The Court, having reviewed the Complaint; Plaintiffs' Memorandum of Law, supporting Declarations, and all other papers submitted with their Motion for an Order to Show Cause Why a Preliminary Injunction Should Not Issue; Plaintiffs' March 16, 2020 submission (ECF No. 16); and the entire record herein, and having held a hearing on the Order to Show Cause and granted Plaintiffs' request for a Preliminary Injunction on February 24, 2020, makes the following findings of fact and conclusions of law:[1]

1.  Plaintiffs have served Defendants with the Complaint and Exhibits A-C, the Court's January 29, 2020 Ex Parte Order ("Ex Parte Order"), and Plaintiffs' supporting papers in connection with the Ex Parte Order.  *See* ECF No. 9.

2.  The Court has personal jurisdiction over Defendants under N.Y. C.P.L.R. § 302(a), including on the grounds that Defendants sell unauthorized electronic copies of Plaintiffs' copyrighted textbooks ("Infringing eBooks") through highly interactive websites that are continuously accessible to New York consumers and/or have sold such Infringing eBooks to New York consumers, and Plaintiffs have been injured in New York by Defendants' infringing conduct.

---

[1] The Court previously made the Findings of Fact and Conclusions of Law in the February 24, 2020 Preliminary Injunction (ECF No. 14), except that additional language has been added to paragraph 2 of the Conclusions of Law to reference the newly-added **Appendices A** and **C** hereto.

3. Plaintiffs are likely to succeed in showing that Defendants have infringed and are continuing to infringe Plaintiffs' federally registered copyrights by reproducing and distributing the Infringing eBooks, including via the Infringing Sites.

4. The reproduction and/or distribution of the Infringing eBooks will result in immediate and irreparable injury to Plaintiffs if the requested relief is not granted.

5. The balance of potential harm to Defendants by being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction is issued is far outweighed by the harm to Plaintiffs, their businesses, and the value associated with Plaintiffs' copyrights if a temporary restraining order is not issued. Defendants are not harmed by being prevented from continuing to profit from illegal and infringing activities.

6. Public interest favors issuance of a preliminary injunction in order to protect Plaintiffs' interests in and to their respective copyrights, and to protect the public from being deceived and defrauded by Defendants' infringing copies of Plaintiffs' textbooks.

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), the Lanham Act (15 U.S.C. § 1116), and the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, and no prior application having been granted, that:

1. Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them who receive actual notice of this preliminary injunction are enjoined from:

     a) Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of Plaintiffs ("Plaintiffs' Textbooks"), i.e.,

any copyrighted work published under any of the imprints identified on **Appendix B** hereto;

b) Copying, reproducing, manufacturing, downloading, uploading, transmitting, distributing, selling, offering to sell, advertising, marketing, promoting, or otherwise exploiting any of Plaintiffs' Textbooks without Plaintiffs' express written authorization;

c) Enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing the copying, reproduction, manufacture, download, upload, transmission, distribution, sale, offering for sale, advertisement, marketing, promotion, or other exploitation of any of Plaintiffs' Textbooks without Plaintiffs' express written authorization;

d) Using, hosting, operating, maintaining, creating, or registering any computer server, website, domain name, domain name server, cloud storage, e-commerce platform, online advertising service, social media platform, or payment processing service to support the Infringing Sites or otherwise enable, facilitate, permit, assist, solicit, encourage, or induce the infringement of Plaintiffs' Textbooks, as set forth in subparagraphs (a) through (c) above.

e) Transferring ownership or control of the websites, domain names, or accounts associated with Defendants' Infringing Sites.

2. Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them who receive actual notice of this preliminary injunction, and any financial institutions, i.e., banks, payment processing companies, savings and

loan associations, credit card companies, credit card processing agencies, merchant acquiring banks, or other companies or agencies that engage in the processing or transfer of money and/or other assets ("Financial Institutions"), who receive actual notice of this preliminary injunction, must immediately locate all accounts holding or receiving money or other assets owned, connected to, associated with, held by, or transferred in connection with Defendants' Infringing Sites or Defendants' sale of Plaintiffs' Textbooks ("Defendants' Accounts") and immediately cease transferring, withdrawing, or otherwise disposing of any money or other assets in Defendants' Accounts or allowing such money or other assets in Defendants' Accounts to be transferred, withdrawn, or otherwise disposed of without prior Court approval; provided that no Financial Institution is required to locate any account or cease to transfer, withdraw, or otherwise dispose of any assets in Defendants' Accounts to the extent that the accounts cannot be reasonably located based on the information provided in **Appendix A or Appendix C** hereto or otherwise provided by the Plaintiffs. This paragraph 2 applies, without limitation, to Defendants' Accounts and the Financial Institutions listed on **Appendix C** hereto.

3. Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them who receive actual notice of this preliminary injunction, shall not begin or continue to operate any website or other e-commerce business that offers for sale, sells, or otherwise reproduces or distributes electronic copies of textbooks, books, or journals without disclosing at least seven (7) days in advance to Plaintiffs' counsel, by email to fleischman@oandzlaw.com, the domain name, website location, and/or URL of such website or e-commerce business.

IT IS FURTHER ORDERED that the Court's Expedited Discovery Order contained in the Ex Parte Order shall remain in effect until further order of the Court.

IT IS FURTHER ORDERED that this Preliminary Injunction replaces and supersedes the Preliminary Injunction issued on February 24, 2020 (ECF No. 14) and shall remain in effect until further order of the Court.

It is SO ORDERED this   19  day of March, 2020.

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

## APPENDIX A: DEFENDANTS' WEBSITES AND IDENTIFYING INFORMATION

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | audiotodays.club | | |
| | blogbook89.club | | |
| | blogebook89.club | | |
| | bookandaudios.club | | |
| | catstee.xyz | | |
| | chickentee.xyz | | |
| | color89.best | | |
| | color89.bid | | |
| | color89.club | | |
| | color89.com | | |
| | color89.digital | | |
| | color89.info | | |
| | color89.life | | |
| | color89.live | | |
| | color89.online | | |
| | color89.site | 0528524276@kyguihang.com | |
| | color89.today | admin@dahomedecor.com | |
| | danebookstore.club | allebooksvital@gmail.com | |
| | ecoebookstore.club | anh2191@gmail.com | |
| | germantee.xyz | blogshirts68@gmail.com | |
| | getebooks.club | dahomedecors@gmail.com | |
| | getyourpaws.club | dammanh89@gmail.com | |
| | getyourpaws.com | dammanh891@gmail.com | |
| | haebookstore.club | downtao!mmail.com | Bui Hai Linh |
| | hanhphucvl.xyz | downtao@mail.com | Dao Manh Van |
| | hlaudiobook.club | hlteen86@gmail.com | Doan Van Luu |
| Doe 1 d/b/a allebooksvital.com | hlaudiobook.com | letrinhhp2014@gmail.com | hailinhbui |
| Doe 2 d/b/a anlifestyles.com | hlphonecase.com | smallwind0612@gmail.com | linh hai |
| Doe 3 d/b/a blogshirts68.club | hlshirt.com | vandoanbql@gmail.com | Luu Van Doan |
| Doe 24 d/b/a hlshirt.com | hlteen.com | vitakandace31499@gmail.com | Ngoc Bien Xuan |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | hlwatche.com<br>lttoys86.club<br>lttoys86.com<br>nursetee.xyz<br>pewpaws.club<br>pewpaws.com<br>theoey.com<br>trebookstore.club<br>ubook7.club<br>ubook86.club<br>vendore89.club<br>veterantee.xyz<br>vutlre89.club | | |
| Doe 4 d/b/a bookdeskshop.com<br>Doe 12 d/b/a ebooksmartly.com<br>Doe 41 d/b/a source4student.com | thebooksem.com<br>ebookket.com<br>ebookxstore.com<br>books4now.com<br>stedrives.com<br>books4now.com<br>stedrives.com<br>life2books.com<br>thecisose.com<br>cisosebay.com | haniff_haslam@outlook.com<br>trakeembintalha@gmail.com<br>husainrasib_92@outlook.com<br>qabeelbinmuzammilmuzammil@gmail.com<br>rafanbinwaseefw@gmail.com<br>sameeryaman46@gmail.com | Haniff Haslam Sdn Bhd<br>Mohd Haniff Haslam<br>Rakeem Talha<br>Rafan Waseef<br>Sameer Yaman |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | abcshop.shop | antunezeduardo12@gmail.com | |
| | acesmalls.com | bentsuchimoto@gmail.com | |
| | aonsky.com | brhmmcdnld@gmail.com | |
| | bigsio.com | careybeyah408@gmail.com | |
| | bosemalls.com | carolinenasir445@gmail.com | |
| | collegesclass.com | celiabeatriz1222@gmail.com | |
| | ebookbros.com | chamelvaayers02@gmail.com | |
| | ebookclass.com | chimong0918@gmail.com | |
| | ebookzoom.com | chinh.gapptech@gmail.com | |
| | evazens.com | chrismangione1229@gmail.com | |
| | frostmalls.com | cynthiabernabestraw@gmail.com | |
| | gapptech.net | damianreed1022@gmail.com | |
| | gettotalcolleges.com | danielrobinson584839@gmail.com | |
| | girlshop.world | deborahflannel026@gmail.com | |
| | k-ool.com | derrickpotts886@gmail.com | |
| | lalakaraoke.com | dianasgriffina585@gmail.com | |
| | librastyles.com | doaiminhkhoaitay87@gmail.com | |
| | lightstudent.com | doamanhkhua969@gmail.com | |
| | mallioo.com | douthitdennis2@gmail.com | |
| | malliums.com | dungtaypha5189@gmail.com | |
| | manshop.best | duoingonmanh686@gmail.com | |
| | manshop.club | duyhoanghanh486@gmail.com | |
| | manshop.life | edgarsw705@gmail.com | |
| | manshop.me | elveraramirez0308@gmail.com | |
| | manshop.today | embietsaodc1638@gmail.com | |
| | manshop.vip | emcuaanhnhau587@gmail.com | |
| | manshop.world | emphienthanh1589@gmail.com | |
| | megatextbook.com | goodmanyjanetteb2@gmail.com | |
| | menshop.shop | guerreroacaseys880@gmail.com | Nguyen Trung Kien |
| | singleshop.shop | hammondtjeralds6@gmail.com | Pham Le Lanh |
| Doe 5 d/b/a bossiva.com | sinmarts.com | hamptonbrubye51@gmail.com | Trung Hieu Nguyen |
| Doe 39 d/b/a sheellas.com | sportname.xyz | hansonptylers060@gmail.com | Xuan Chinh Nguyen |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | sporttee.xyz | hollymashburn72@gmail.com | |
| | teename.xyz | jackiehamilton842@gmail.com | |
| | tshirtpro.xyz | jackpayne945@gmail.com | |
| | womenshop.shop | jacobsewllacet@gmail.com | |
| | xyzshop.shop | janieconfortilair@gmail.com | |
| | zoommalls.com | jasonredd0609@gmail.com | |
| | | jillepottert49@gmail.com | |
| | | jodimartin557@gmail.com | |
| | | johnsonchantal48@gmail.com | |
| | | joleenellamae645127@gmail.com | |
| | | josepharrudalyric@gmail.com | |
| | | karinacrist88309@gmail.com | |
| | | kevinsaulsberry477@gmail.com | |
| | | kimberleyluetta36128@gmail.com | |
| | | lawsonydallase43@gmail.com | |
| | | lawsonydallase75@gmail.com | |
| | | lezleygarcia0528@gmail.com | |
| | | lorettaglovet513@gmail.com | |
| | | margueritevfreeman7dzi4@yahoo.com | |
| | | marymcgoughcrib@gmail.com | |
| | | marysmith01211962@gmail.com | |
| | | mccarthysealexise391@gmail.com | |
| | | melissamwades@gmail.com | |
| | | merrittklein82301@gmail.com | |
| | | minnienpauls456@gmail.com | |
| | | money.inc68@gmail.com | |
| | | newmanchristina48@gmail.com | |
| | | pleasantsjeffrey938@gmail.com | |
| | | renneesjeffersonb@gmail.com | |
| | | royalscott550@gmail.com | |
| | | sandramarquez0223@gmail.com | |
| | | stephenygradys256@gmail.com | |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | | support@ebookzoom.com<br>support@librastyles.com<br>support@mallioo.com<br>taylorelisabeth361@gmail.com<br>teresadavidname@gmail.com<br>thomasmurphy009974@gmail.com<br>tiffanyedenfield1119@gmail.com<br>tomaselloyda318@gmail.com<br>tonystuckert1@gmail.com<br>trankimoanh41563@gmail.com<br>trungnguyenkei@gmail.com<br>vanhkhoaitay4768@gmail.com<br>vanhngoailoai658@gmail.com<br>victorianmendozag915@gmail.com<br>wallacewanda908@gmail.com<br>wellsomabels913@gmail.com<br>xuanmanhkhi538@gmail.com | |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| Doe 6 d/b/a duplanaca.com | dighub.co.uk<br>digitalecrater.co.uk<br>digitalecrater.com<br>digitaletext.com<br>digitaletext.de<br>digitaletext.nl<br>digitaltexthub.com<br>ecraterhub.com<br>ecraterpro.co.uk<br>ecraterpro.com<br>etextcanada.com<br>etexts.nl<br>hub-stores.com<br>hubtext4u.com<br>kaplanca.com<br>kiddicarez.com<br>kidicarez.com<br>omegatxt.com<br>quicketext.com<br>textscanada.com<br>txtstores.online | support@duplanaca.com<br>xplannet@gmail.com<br>sambriiin333@gmail.com<br>peter.murphy@workmail.com | Peter Murphy<br>Shahbaz haider<br>Dusan Slapcikc<br>Sabrina Truesdale<br>syed shahbaz haided |
| Doe 7 d/b/a duranbooks.com | collegestudenttextbooks.com<br>ctextbooks.com<br>difacebook.com<br>iwatches.review<br>jimdavisbooks.com<br>virtualrealityglasses2018.com | support@duranbook.com<br>liviamace08huyjizxkkss@gmail.com<br>amnamrizvi@gmail.com<br>Haseebanjum@gmail.com | Waleska Camacho<br>SiteWit Corp<br>Ricardo Lasa<br>Haseeb Anjum |
| Doe 8 d/b/a ebestreader.com | | bestreader.contact@gmail.com<br>muhdizhan1986@hotmail.com | IZ Buisness<br>Muhd Izhan Khairul |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| Doe 9 d/b/a ebook.engastore.com<br>Doe 33 d/b/a magic.engastore.com<br>Doe 47 d/b/a topbooks.ziploma.com | bigbale.xyz<br>eutees.com<br>guardio.xyz<br>hidigan.xyz<br>hyundailevanluonghn.com<br>keepshirts.club<br>mangola.xyz<br>rioxit.com<br>vitdiem.com<br>yepshirts.com<br>zigtola.com<br>zigzoo.xyz<br>ziploma.com | xuantruong21nd@gmail.com<br>ebook@engastore.com<br>linhdinh.utc@gmail.com<br>tieutientrieudo@gmail.com<br>xuantruong1911@gmail.com<br>wudqyz49@gmail.com<br>magic@engastore.com<br>xuantruong21nd@gmail.com<br>xuantruong1911@gmail.com<br>xuantruonguit@gmail.com<br>vutho101094@gmail.com<br>topbooks@ziploma.com<br>luutoan091086@gmail.com<br>xuantruong21nd@gmail.com<br>xuantruong1911@gmail.com | TAT Co.<br>Truong Xuan Vu<br>Dinh Linh<br>Vu Xuan Tho<br>Vu Xuan Truong<br>Nguyen Thi Huyen Trang |
| Doe 10 d/b/a ebookclouds.com<br>Doe 14 d/b/a ebookspaces.com<br>Doe 34 d/b/a noamalls.com<br>Doe 35 d/b/a oscarmalls.com | EBookClouds<br>EbookDuck<br>gloomall.com<br>ikoolmall.com<br>palettees.com<br>violetmalls.com<br>yeniseyy.us | ebookclouds.com@gmail.com<br>thienminh31527@gmail.com<br>info@vicno1.com<br>ebookspaces.com@gmail.com<br>pinder37@gmail.com<br>brendadmarsh@gmail.com<br>motoquay@gmail.com<br>info@teescan.com<br>contact@noamalls.com<br>contact@oscarmalls.com<br>zsell@vnistock.com<br>info@vicno1.com | Vo Van Hien<br>Nguyen Ngoc Vinh<br>Hien Vo Van |
| Doe 11 d/b/a ebooklisttop.com | | support@ebooklisttop.com<br>myerssilviae481@gmail.com<br>anhbinh01675@gmail.com<br>theresawcruzcp2jb@gmail.com | Nguyen Thanh Binh<br>Binh Nguyen |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| Doe 13 d/b/a ebooksnow.org | | admin@ebooksnow.org<br>ebooksnowteam@gmail.com<br>whois+ebooksnow.org@njal.la<br>admin+ebooksnow.org@njal.la<br>tech+ebooksnow.org@njal.la | Anthony Torresi |
| Doe 15 d/b/a ebookspot.shop<br>Doe 22 d/b/a fridaycollection.myshopify.com<br>Doe 31 d/b/a ka-shopp.myshopify.com<br>Doe 32 d/b/a kiwibookclub.myshopify.com<br>Doe 36 d/b/a payversitystore.myshopify.com<br>Doe 40 d/b/a smart-edu-store.myshopify.com<br>Doe 43 d/b/a studentnclass.myshopify.com | flexsupremacyapparel.com | ahmadanwaribinzakaria@outlook.my<br>azmeerkh@gmail.com<br>blizzardbooks@outlook.com<br>books4kimi@gmail.com<br>ebookspot2019@gmail.com<br>fdaycollection.contact@gmail.com<br>ibrahimroslan01@gmail.com<br>info.koalaprint@gmail.com<br>info.payversitystore@gmail.com<br>Info.StudentNClass@gmail.com<br>info.uberbooks@gmail.com<br>kiwibookclub21@gmail.com<br>mohammadahlan87@outlook.com<br>myfavoritethings02@gmail.com<br>nizarsaiddin72@outlook.com<br>smartedu.contact@gmail.com | Ahwaz Business<br>Anwari Business<br>blizzardbooks<br>books4kimi<br>Danial Hungry<br>IrisRosey<br>Khairul Azmeer<br>Michael A McEvilley II<br>Rebecca Lowley<br>Roslan Ibrahim |
| Doe 16 d/b/a ebooksrocket.com | ebookszone.myshopify.com<br>ebookstoreco.com<br>ebooksshopco.com<br>ebookszoneshop.com | info@ebooksrocket.com<br>allebookshophelp@gmail.com<br>ebookrockethelp@gmail.com<br>ebookszonehelp@gmail.com<br>ckillebrew11@gmail.com | Cornell Killebrew<br>Jamie Davidson |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | | baltimoreturleyj0jg@gmail.com | |
| | | bentleyewing378246@gmail.com | |
| | | chiasebucanh@gmail.com | |
| | | clayaoayu@yahoo.com | |
| | | dawnspace1@gmail.com | |
| | | dinhhung111189@gmail.com | |
| | | doductai727183@gmail.com | |
| | | domanhcuong630376@gmail.com | |
| | | elaineegarzaql3e3@yahoo.com | |
| | | eruifxb.654.55uyrdf@gmail.com | |
| | | kaolastore20192020@outlook.com | |
| | | keybonner288156@gmail.com | |
| | | kiethgabriella38v8@gmail.com | |
| | | kkstorea@gmail.com | |
| | | kozakrayner1ijs@gmail.com | |
| | | laniejulieey98@gmail.com | |
| | | levyburris340402@gmail.com | |
| | | lexuanthuy56622@gmail.com | |
| | | livingmistore1987@outlook.com | |
| | | lucasnjrusselllx@gmail.com | |
| | | mcintyrecrane278748@gmail.com | |
| | | mckaywitt42215@gmail.com | |
| | | michelarzito@gmail.com | |
| | | payment@rubigshop.com | |
| | | payment@shortsmenabc.store | blossomerstore |
| | EbookMore | peckcooley19989@gmail.com | Cao Thi Quynh Lan |
| | ebookwave.com | phamphidiep253027@gmail.com | Charles Binou |
| | ebookwal.com | quynhlan14697@gmail.com | Havan Steven |
| | ebookvision.com | rollinsholder697933@gmail.com | Lan Quỳnh |
| | welookstore.com | salascotton54037@gmail.com | Quyen Vu Thi Bich |
| Doe 17 d/b/a ecoebook.com | shortsmenabc.store | shottscarrithersgsdk@gmail.com | Vu Nguyen Khang |
| Doe 30 d/b/a jolostore.com | gookstore.com | snydertravis16961@gmail.com | Vu Wee |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | | somcobienphap@gmail.com<br>stackbettinaeswu@gmail.com<br>stevenhuvan@gmail.com<br>Support@ecoebook.com<br>support@jolostore.com<br>tassinmcalpinjpk7@gmail.com<br>trandinhnhung81625@gmail.com<br>tranthoenminh1965v@gmail.com<br>vernitavalaried5vu@gmail.com<br>vht14012015@outlook.com<br>weeweestore@gmail.com<br>zara0yfoster9n@gmail.com | |
| Doe 18 d/b/a eduplify.com<br>Doe 25 d/b/a hunterbuuk.com | stulibrary.com | muhdzainbinmalik@hotmail.com<br>eduknowledge.hq@gmail.com<br>iamjamesgamerz@gmail.com<br>jaliliman@outlook.my<br>hunterbook.main@gmail.com<br>eduknowledge.hq@gmail.com | Zain's Business<br>mohd ali kamil<br>ridzuan yahya<br>iman ent |
| Doe 19 d/b/a eperfectedu.com | | mohdsabilsadaqat@outlook.my | |
| Doe 20 d/b/a estoreselect.com | ecentrelib.com | harrisiq07@gmail.com<br>jamwang40@gmail.com<br>colinjared0@gmail.com | Abdul Rahim Mohsin<br>Harris Waffle<br>Jared Colin |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | aquariusy.info | allen1bmendoza232yy@yahoo.com | |
| | arieslady.us | anhngo42914@gmail.com | |
| | ariesy.info | chad6mlawrence2zvub@yahoo.com | |
| | autumnlove.us | dangle66013@gmail.com | |
| | booktitan.us | datunhanrang@gmail.com | |
| | cubookly.us | dinhly554724@gmail.com | |
| | deadpooll.com | ernest5yboyd2htl8@yahoo.com | |
| | dxmart.us | gregory9nlawrence11z3i@yahoo.com | |
| | ebooklovers.us | gregoryfaustinjjg3o@yahoo.com | |
| | ikingold.com | hahuuhien32665@gmail.com | |
| | irollgold.com | hale343931@gmail.com | |
| | izoneteam.com | harry4zshaw2xmyr@yahoo.com | |
| | jeanteams.com | hoanghoang548037@gmail.com | |
| | kingdoom.us | hongkieu23924@gmail.com | |
| | ladylovely.us | hosonduong229513@gmail.com | |
| | lalaly.us | lehuongduong298477@gmail.com | |
| | librarygift.us | lethattho598671@gmail.com | |
| | libraryplace.us | marcus4drichards2fpot@yahoo.com | |
| | lilylibrary.us | michael0whowell27diq@yahoo.com | |
| | linali.us | payment@evomalls.com | |
| | loismall.com | peggy6mhart21gjv@yahoo.com | |
| | luffyshops.com | phuongpham52508@gmail.com | |
| | matizy.us | stella2dgregory2rysy@yahoo.com | |
| | myebookstyle.us | support@evomalls.com | |
| | namistyles.com | support@stingmall.com | |
| | noahstores.com | support@teespops.com | |
| | pinkystyles.com | tinlaichinhminh5@gmail.com | |
| | piscesy.info | trungnguyenkei@gmail.com | |
| | setchibi.us | tuyethoang70488@gmail.com | |
| Doe 21 d/b/a evomalls.com | setebook.us | tyler3vmills2co7l@yahoo.com | |
| Doe 42 d/b/a stingmall.com | shopstitan.com | vophan36115@gmail.com | Trung Nguyen Kei |
| Doe 45 d/b/a teespops.com | shoptiti.us | vuongpham873942@gmail.com | Nguyen Nguyen |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | taurusy.info<br>timplaza.com<br>villeeva.com<br>togmarts.com<br>irollgold.com<br>villeeva.com<br>vlibrabook.us<br>vtaurus.us<br>vvti.us<br>waltonstyle.com<br>zaquarius.us<br>zebookdaily.us<br>zoroteam.com | williamsnorma826@gmail.com<br>yenphan78571@gmail.com | |
| Doe 23 d/b/a gogooddiscount.com | | support@gogooddiscount.com<br>mostafizur.riyad@gmail.com<br>mohiy13234@win-777.net | Refat Hamouda<br>Mostafizur Rahman |
| Doe 26 d/b/a intellegantmarkets.com | | sabek20020@gmail.com<br>bassil2811968@gmail.com<br>banoramaalabour@gmail.com<br>sabek010001@gmail.com | Mohamed Sabek<br>Enas Ward<br>Mohamed Mrwan |
| Doe 27 d/b/a iziebook.com<br>Doe 28 d/b/a jenlion.co<br>Doe 29 d/b/a jenwind.co<br>Doe 38 d/b/a ritzyish.us | sugarandpop.us<br>supebook.com<br>pizado.com<br>newebook.net<br>izitrading.com<br>comeon.club<br>azebook.net | support@pizado.com<br>upport@plutostars.com<br>myduydo.dev@gmail.com<br>dtstore@shopmail.me<br>support@leofifty.com<br>tanbd@me.com<br>support@bohoodo.com<br>support@rintee.com | Do Thanh Duy<br>My Do |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | | albertmarshallngiw@gmail.com | |
| | | allietalamasmcquearyw7sg@gmail.com | |
| | | annamariecolleykauahiraenr@gmail.com | |
| | | bachtieu30@gmail.com | |
| | | cananhbach11@gmail.com | |
| | | coryschwanbeckmarierdnps@gmail.com | |
| | | cpalak.paying@hotmail.com | |
| | | dangvietthang1704@gmail.com | |
| | | DanielleELazeration118@gmail.com | |
| | | davidellingmatalkafjp@gmail.com | |
| | | ebookunocom@gmail.com | |
| | | elwandateresabilel6te@gmail.com | |
| | | ferne599valentin09@gmail.com | |
| | | georgia2girlsus@gmail.com | |
| | | giongaibig@gmail.com | |
| | | goldenpuffettthomasesvz60i@gmail.com | |
| | | hollisspotwooddadon9d@gmail.com | |
| | | lavernahosszieskeom015@gmail.com | |
| | | linettewiesswillmerta21y@gmail.com | |
| | | luciobodakfessendensyks@gmail.com | |
| | | maishagutermuthstamanddv9@gmail.com | |
| | | martastaggs6@gmail.com | |
| | | marvinmorris15@gmail.com | |
| | allebooksky.com | minhngoces@gmail.com | |
| | audiobookos.com | mollysthomase25@gmail.com | |
| | audioxo.com | momdifference6@yahoo.com | |
| | chicgeak.com | norinecarvellmurzyckizpfu@gmail.com | |
| | chrisebooks.com | rudywaxkalbergm2wa@gmail.com | |
| | ebookosnow.com | salenathornellmasottim6pn@gmail.com | |
| | etextbooko.com | shippertq@gmail.com | Eco Eco |
| | futurebookshop.com | support@priceairstore.com | Ecoteam |
| Doe 37 d/b/a priceairstore.com | hayatebooks.com | tamrafollandmaruska6lp@gmail.com | Julie Atencio |

| Defendant(s) | Additional Websites | Email Addresses | Names or Aliases |
|---|---|---|---|
| | | taunyasyonbotros67u55@gmail.com<br>teayonual@gmail.com<br>teodorolabatchorlton5ta@gmail.com<br>trongback1222@gmail.com<br>trongtrongbach@gmail.com<br>violatrasportorndorff25hmk@gmail.com<br>violettepascullibruh2jid@gmail.com<br>winfredtebbettsdiangelo17gxl@gmail.com | |
| Doe 44 d/b/a studyhallpress.com | studyhallpress.com<br>studypassonline.com | info@studyhallpress.com<br>studyhallpress@gmail.com<br>chris.austin@workmail.com | Cris Austin |
| Doe 46 d/b/a testbankklick.com | | sales@testbankklick.com<br>testbankklick@gmail.com | |
| Doe 48 d/b/a valeriehoptop.com | jays-collection.com<br>valeriep.com | info@valeriehoptop.com<br>jayscollectioncontact@gmail.com<br>devonjacksonforever@gmail.com | Mohsin Ali<br>Mir<br>Naazneen |

## APPENDIX B: PLAINTIFFS' IMPRINTS

| BEDFORD, FREEMAN AND WORTH PUBLISHING GROUP, LLC | CENGAGE LEARNING, INC. |
|---|---|
| Bedford, Freeman & Worth High School Publishers | Brooks Cole |
| Bedford/St. Martin's | Cengage |
| BFW | Cengage Learning |
| BFW High School Publishers | Course Technology |
| Freeman | Delmar |
| Macmillan Education | Gale |
| Macmillan Learning | Heinle |
| W.H. Freeman & Company | Milady |
| Worth | National Geographic Learning |
| Worth Publishers | South-Western Educational Publishing |
| | Wadsworth |

| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC | PEARSON EDUCATION, INC. |
|---|---|
| Irwin | Addison Wesley |
| Lange | Adobe Press |
| McGraw-Hill | Allyn & Bacon |
| McGraw-Hill Education | Benjamin Cummings |
| McGraw-Hill Higher Education | Brady |
| McGraw-Hill Professional | Cisco Press |
| McGraw-Hill Ryerson | Financial Times Press/FT Press |
| McGraw-Hill/Appleton & Lange | IBM Press |
| McGraw-Hill/Contemporary | Longman |
| McGraw-Hill/Dushkin | New Riders Press |
| McGraw-Hill/Irwin | Peachpit Press |
| NTC/Contemporary | Pearson |
| Osborne | Pearson Education |
| Schaum's | Que Publishing |
| | Sams Publishing |

| ELSEVIER INC. | |
|---|---|
| Academic Cell | Made Simple Books |
| Academic Press | Medicine Publishing |
| Amirsys | Morgan Kaufmann Publishers |
| Butterworth Heinemann | Mosby |
| Churchill Livingstone | Newnes |
| Digital Press | North Holland |
| Elsevier | Saunders |
| Gulf Professional Publishing | Urban & Fischer |
| Hanley & Belfus | William Andrew |
| Knovel | Woodhead Publishing |

## APPENDIX C: DEFENDANTS' ACCOUNTS

| Infringing Site | Last 4 Account | Last 4 Routing | Bank |
|---|---|---|---|
| bookdeskshop.com | [*1460] | [*mYKl] | RHB Bank Berhad |
| bookdeskshop.com | [*9914] | [*MykL] | RHB Bank Berhad |
| duplanaca.com | [*3868] | [*6255] | Lloyds Bank PLC |
| duranbooks.com | [*7997] | [*0084] | First Century Bank |
| duranbooks.com | [*0643] | [*3120] | Green Dot Bank |
| duranbooks.com | [*7091] | [*1279] | Bancorp Bank |
| duranbooks.com | [*3568] | [*0104] | Suntrust Bank |
| ebestreader.com | [*3602] | [*mYKL] | Public Bank Berhad |
| ebookclouds.com | [*2562] | [*0084] | First Century Bank |
| ebooklisttop.com | [*5722] | [*1627] | Jpmorgan |
| ebooklisttop.com | [*3174] | [*2882] | Wells Fargo Bank NA |
| ebooklisttop.com | [*3174] | [*0076] | Wells Fargo Bank NA |
| ebooksmartly.com | [*9110] | [*mYkl] | Malayan Banking Berhad |
| ebooksnow.org | [*2890] | [*7903] | Space Coast Credit Union |
| ebookspaces.com | [*7204] | [*0052] | Bank of America |
| ebooksrocket.com | [*2841] | [*4974] | Navy Federal Credit Union |
| ebooksrocket.com | [*4962] | [*4974] | Navy Federal Credit Union |
| ebooksrocket.com | [*7148] | [*4974] | Navy Federal Credit Union |
| ecentrelib.com | [*6204] | [*7902] | The Toronto-Dominion Bank Ellesmere & Bellamy Branch |
| ecoebook.com | [*3331] | [*DEMM] | Wirecard Bank |
| ecoebook.com | [*2854] | [*0052] | Bank of America |
| estoreselect.com | [*2792] | [*4612] | Bank of Montreal |
| jolostore.com | [*0583] | [*0052] | Bank of America |
| jolostore.com | [*2240] | [*0084] | First Century Bank |
| jolostore.com | [*2110] | [*DEMM] | Wirecard Bank |
| jolostore.com | [*1608] | [*0084] | First Century Bank |
| jolostore.com | [*1607] | [*0084] | First Century Bank |
| jolostore.com | [*3724] | [*DEMM] | Wirecard Bank |
| jolostore.com | [*1594] | [*0084] | First Century Bank |
| jolostore.com | [*8430] | [*1279] | Bancorp Bank |
| jolostospaces.com | [*3713] | [*DEMM] | Wirecard Bank |
| jolostorocket.com | [*3759] | [*0052] | Bank of America |
| jolostore.com | [*2837] | [*0052] | Bank of America |
| jolostore.com | [*3320] | [*DEMM] | Wirecard Bank |

| Infringing Site | Last 4 Account | Last 4 Routing | Bank |
|---|---|---|---|
| jolostore.com | [*2851] | [*0052] | Bank of America |
| jolostore.com | [*2853] | [*0052] | Bank of America |
| kiwibookclub.myshopify.com | [*1773] | [*0358] | Bank of America |
| kiwibookclub.myshopify.com | [*8518] | [*0358] | Bank of America |
| kiwibookclub.myshopify.com | [*6518] | [*0358] | Bank of America |
| oscarmalls.com | [*7203] | [*0052] | Bank of America |
| priceairstore.com | [*0699] | [*0084] | First Century Bank |
| priceairstore.com | [*7425] | [*0209] | Citibank Na |
| priceairstore.com | [*0695] | [*0084] | First Century Bank |
| priceairstore.com | [*0694] | [*0084] | First Century Bank |
| priceairstore.com | [*0688] | [*0084] | First Century Bank |
| priceairstore.com | [*0693] | [*0084] | First Century Bank |
| priceairstore.com | [*0697] | [*0084] | First Century Bank |
| priceairstore.com | [*0696] | [*0084] | First Century Bank |
| priceairstore.com | [*0692] | [*0084] | First Century Bank |
| priceairstore.com | [*0691] | [*0084] | First Century Bank |
| priceairstore.com | [*0701] | [*0084] | First Century Bank |
| priceairstore.com | [*7309] | [*0209] | Citibank Na |
| ritzyish.us | [*2948] | [*0084] | First Century Bank |
| ritzyish.us | [*5832] | [*0209] | Citibank Na |
| ritzyish.us | [*1645] | [*0084] | First Century Bank |
| sheellas.com | [*3142] | [*0052] | Bank of America |
| teespops.com | [*2859] | [*0052] | Bank of America |
| teespops.com | [*2121] | [*DEMM] | Wirecard Bank |
| teespops.com | [*2122] | [*DEMM] | Wirecard Bank |
| testbankklick.com | [*4086] | [*MYKL] | Bank Islam Malaysia Berhad Bank |
| valeriehoptop.com | [*8061] | [*7902] | The Toronto-Dominion Bank Ellesmere & Bellamy Branch |
| valeriehoptop.com | [*7789] | [*7902] | The Toronto-Dominion Bank Ellesmere & Bellamy Branch |
| valeriehoptop.com | [*3680] | [*7902] | The Toronto-Dominion Bank Ellesmere & Bellamy Branch |