```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

CENGAGE LEARNING, INC et al.,

              Plaintiffs,         20cv769 (JGK)

    - against -                  ORDER

DOE 1 et al.,

              Defendants.

―――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiffs should submit a declaration showing the need for the service requested on Duong Thi Bay.

**SO ORDERED.**

Dated:    New York, New York
            July 6, 2020           /s/ John G. Koeltl
                                                John G. Koeltl
                                     United States District Judge