**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**CENGAGE LEARNING, INC. ET AL.,**

        Plaintiffs,        20-cv-769 (JGK)

   - against -               <u>ORDER</u>

**DOE 1 ET AL.,**

        Defendants.
_____

**JOHN G. KOELTL, District Judge:**

    The parties are directed to provide the Court with a status report by March 12, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **March 1, 2021**                                       /s/ John G. Koeltl
                                                             **John G. Koeltl**
                                          **United States District Judge**