UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC, ET AL.,

          Plaintiffs,          20 Civ. 769 (JGK)

    - against -              ORDER

TRUNG KIEN NGUYEN, ET AL.,

          Defendants.

JOHN G. KOELTL, District Judge:

This Court having determined that the plaintiffs were entitled to a default judgment against the defendants referred the matter to Magistrate Judge Aaron for an inquest on damages. The Magistrate Judge issued a Report and Recommendation dated June 1, 2021. The time for filing objections has passed with no objections having been filed and therefore any objections have been waived. In any event, the Court has reviewed the Report and Recommendation and finds no basis to modify it. The Court therefore adopts the Report and Recommendation. The plaintiffs should submit a proposed judgment consistent with the Report and Recommendation by June 24, 2021. The defendants may submit any response by June 28, 2021.

    SO ORDERED.

Dated:    New York, New York
            June 21, 2021

                                          John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2021