UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

**CENGAGE LEARNING, INC. et al.**

          **Plaintiffs,**

  - against –

**TRUNG KIEN NGUYEN et al.**

          **Defendants.**
───────────────────────────────────

**20-cv-769 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The Plaintiffs sought a Default Judgment against Defendant Michael McEvilley. However, the Certificate of Default, ECF No. 104, is defective in that it fails to note that the Defendant did not respond to the Summons and Complaint and recite that the Default of the Defendant is hereby noted.

    The current application for an Order to Show Cause is denied. The Plaintiffs are directed to submit a new Order to Show Cause for a Default Judgment accompanied by a proper Certificate of Default.

**SO ORDERED.**

**Dated:**    New York, New York
            August 18, 2021

                                        /s/ John G. Koeltl

                                            John G. Koeltl
                                    **United States District Judge**