UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENGAGE LEARNING, INC., ET AL.,

        Plaintiffs,

- against -

TRUNG KIEN NGUYEN, et al.,

        Defendants.

---

20-cv-769 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On September 1, 2021, this Court entered an Order to Show Cause as to why a default judgment should not be entered against the defendant Michael McEvilley. ECF No. 156. The defendant was required to respond by September 17, 2021. The Order to Show Cause was served on McEvilley. ECF NO. 157. There has been no response to the Order to Show Cause and the time to respond has long since passed. Therefore, the plaintiff is entitled to a default judgment against McEvilley.

    The case is referred to the Magistrate Judge for an inquest on damages and the recommendation of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
            October 10, 2022

                                              John G. Koeltl
                                    United States District Judge