UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Cengage Learning, Inc. et al,**

                **Plaintiffs,**

    -against-

**Trung Kien Nguyen et al.,**

                **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2022

1:20-cv-00769 (JGK) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than November 8, 2022, Plaintiffs shall file to the electronic docket a Certificate of Service reflecting service of their Proposed Findings of Fact and Conclusions of Law and related papers on defendant Michael McEvilley. (*See* Scheduling Order, ECF No. 167, ¶ 1.)

**SO ORDERED.**

DATED:      New York, New York
                November 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge