```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

CENGAGE LEARNING, INC., ET AL.,

                Plaintiffs,

  - against -

TRUNG KIEN NGUYEN, ET AL.,

                Defendants.

20-cv-769 (JGK)

ORDER

―――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    Magistrate Judge Aaron issued a Report and Recommendation dated November 21, 2022, ECF No. 174, recommending the terms of a judgment and post-judgment relief that should be entered against defendant Michael McEvilley after this Court found that the plaintiffs were entitled a default judgment against McEvilley, ECF No. 165.

    No objections were filed to the Report and Recommendation and the time for filing such objections has passed. In any event, the Court finds that the Report and Recommendation is well-reasoned and should be adopted. The Court therefore adopts the Report and Recommendation and directs the plaintiffs to

submit a proposed judgment by **January 20, 2023.** Any objections or counter-judgment should be submitted by **January 25, 2023.**

**SO ORDERED.**

Dated:    New York, New York
          **January 10, 2023**

_____
John G. Koeltl
**United States District Judge**