**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC., BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP,
LLC d/b/a MACMILLAN LEARNING,
ELSEVIER INC., MCGRAW HILL LLC, and
PEARSON EDUCATION, INC.,

        Plaintiffs,

    v.

TRUNG KIEN NGUYEN, DUY ANH NGUYEN,
DUONG THI BAY, XUAN CHINH NGUYEN,
TUAN ANH NGUYEN, VINH NGOC NGUYEN,
LÊ TRANG, VAN QUYNH PHAM, THI LIEN
PHUONG NGUYEN, VAN TUAN DANG, HIEN
VO VAN, QUANG NGUYEN, JESSICA
GOLDBERG, MAXIM GUBCEAC, TRACEY
LUM, RODNEY MOUZONE, ZAINEE JALLAL,
LUU VAN DOAN, BUI HAI LINH, MOHD
HANIFF HASLAM, RAFAN WASEEF, SAMEER
YAMAN, STEFAN DEMETER, SHAHBAZ
HAIDER, ERIKA DEMETEROVA, ROSTISLAV
ZHURAVSKIY, SUSAN RAGON, WALESKA
CAMACHO, ANJUM AKHTER, HASEEB
ANJUM, MUHD IZHAN KHAIRUL, VU XUAN
TRUONG, BINH NGUYEN, ANTHONY
TORRESI, MICHAEL MCEVILLEY, CORNELL
KILLEBREW, MOHD ALI KAMIL, ADAM
HAROLD, ABDUL RAHIM MOHSIN, REFAT
HAMOUDA, MOHAMED SABEK, DO THANH
DUY, CRIS AUSTIN, and WASRI WAMIN,

        Defendants.

**Case No. 20-cv-769-JGK-SDA**

[~~PROPOSED~~] DEFAULT JUDGMENT
AND PERMANENT INJUNCTION

---

JOHN G. KOELTL, District Judge:

Plaintiffs Cengage Learning, Inc., Elsevier Inc., McGraw Hill LLC, and Pearson

Education, Inc. (collectively, "Plaintiffs") initiated this action on January 29, 2020 against Doe

Defendants. Compl., ECF No. 1. At the same time that they filed the Complaint, Plaintiffs filed

1

an *ex parte* application for a Temporary Restraining Order, expedited discovery, Order to Show

Cause why a Preliminary Injunction should not issue, and alternate service by email, which the

Court granted on January 29, 2020. *Ex Parte* Order, ECF No. 11. Plaintiffs served the Doe

Defendants by email with the *Ex Parte* Order, their moving papers, the Complaint, and the

Summons. *See* Decl. of Service, ECF No. 9. After a show cause hearing, at which Defendants

did not appear, the Court issued a Preliminary Injunction against the Doe Defendants on February

24, 2020. Prelim. Inj., ECF No. 14. On March 19, 2020, upon Plaintiffs' motion, the Court issued

an Amended Preliminary Injunction. Am. Prelim. Inj., ECF No. 25. After conducting expedited

discovery, Plaintiffs filed the Amended Complaint on July 1, 2020, naming Defendant Michael

McEvilley, amongst others, ("Defendant" or "McEvilley") on July 1, 2020. ECF No. 36. Plaintiffs

served the Amended Complaint and Summons on Defendant on August 31, 2020. ECF No. 100.

Defendant did not file Answers or otherwise respond to the Complaint or the Amended Complaint.

On Plaintiffs' supporting papers, on August 20, 2021, the Clerk of the Court entered a Certificate

of Default against Defendant McEvilley. ECF No. 146.

On August 31, 2021, Plaintiffs submitted an Order to Show Cause and memorandum in

support of their request to enter a default judgment and permanent injunction against Defendant

pursuant to, *inter alia*, Rules 55(b) and 65(d) of the Federal Rules of Civil Procedure. ECF Nos.

148-153.

On October 11, 2022, the Court issued an Order determining that Plaintiffs are entitled to

a default judgment and referred the case to Magistrate Judge Aaron to conduct an inquest. ECF

No. 165.

On November 2, 2022, Plaintiffs filed their Proposed Findings of Fact, Memorandum of

Law, and Declaration in support of the inquest. ECF Nos. 169-171.

On November 21, 2022, Magistrate Judge Aaron issued his Report & Recommendation ("Report & Recommendation), recommending that Plaintiffs be awarded $1,500,000 in statutory damages; a permanent injunction be entered in Plaintiffs' favor; a post-judgment asset restraint be imposed; the automatic stay of Federal Rule of Civil Procedure 62(a) be dissolved to allow for immediate enforcement of the judgment; and the judgment provide for the transfer of Defendant's frozen assets to Plaintiffs. ECF No. 174.

On January 11, 2023, the Court issued an Order indicating that it was adopting the Report & Recommendation. ECF No. 176.

NOW, THEREFORE, having adopted the Report & Recommendation and reviewed the entire record herein, the Court HEREBY FINDS that:

A.     Plaintiffs are higher education publishers. Plaintiffs' publications include physical and digital textbooks that are widely available in the United States to consumers and sold through direct sales channels and legitimate distributors and stores, including through online sales.

B.     Defendant intentionally reproduces and distributes for sale electronic, infringing copies of Plaintiffs' copyrighted textbooks. Defendant does so through websites he owns and/or operates. Defendant's websites named in the original Complaint and additional websites identified by Plaintiffs through third-party discovery in this action are listed as "Infringing Sites - Original Complaint" and "Infringing Sites - Associated Sites," respectively, on Appendix A hereto (collectively, "Infringing Sites").

C.     Defendant has been properly served in this action with the Complaint, the Amended Complaint, and the Summonses;

D.    Because Defendant has not filed an Answer, otherwise responded to the Complaint or the Amended Complaint, or otherwise appeared in this action, the Clerk of Court entered default against Defendant on August 20, 2021;

E.    Plaintiffs own the copyrights or exclusively control all rights, title, and interest in their respective works described on Exhibit C to the Amended Complaint (the "Authentic Works"), which is appended hereto as Appendix B;

F.    Defendant has willfully infringed Plaintiffs' copyrights in the Authentic Works in connection with Defendant's reproduction and distribution of unauthorized copies of Plaintiffs' textbooks, and Defendant, therefore, is liable for willful copyright infringement under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*;

G.    Defendant's willful infringement of Plaintiffs' copyrights in the Authentic Works has caused Plaintiffs irreparable harm;

H.    As a result of Defendant's unlawful conduct, Plaintiffs are entitled to the entry of a final judgment and permanent injunction against Defendant.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in accordance with Federal Rule of Civil Procedure 65(d), Defendant, his officers, agents, servants, employees, and attorneys, and all those in active concert or participation with him, are permanently enjoined and restrained from directly or indirectly infringing the copyrights owned or exclusively controlled by any of the Plaintiffs (or any parent, subsidiary, or affiliate of a Plaintiff), whether now in existence or later created.

Without limiting the foregoing, IT IS FURTHER ORDERED that, in accordance with Federal Rule of Civil Procedure 65(d), Defendant, his officers, agents, servants, employees, and attorneys, and all those in active concert or participation with him, are permanently enjoined and

restrained from engaging in any of the following acts:

1) Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Textbooks"), i.e., any copyrighted work published under any of the imprints identified on Appendix C hereto;

2) Copying, reproducing, manufacturing, downloading, uploading, transmitting, distributing, selling, offering to sell, advertising, marketing, promoting, or otherwise exploiting any of Plaintiffs' Textbooks without Plaintiffs' express written authorization;

3) Enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing the copying, reproduction, manufacture, download, upload, transmission, distribution, sale, offering for sale, advertisement, marketing, promotion, or other exploitation of any of Plaintiffs' Textbooks without Plaintiffs' express written authorization; and

4) Using, hosting, operating, maintaining, creating, or registering any computer server, website, domain name, domain name server, cloud storage, e-commerce platform, online advertising service, social media platform, or payment processing service to enable, facilitate, permit, assist, solicit, encourage, or induce the infringement of Plaintiffs' Textbooks, as set forth in subparagraphs (1) through (3) above.

IT IS FURTHER ORDERED that, pursuant to 17 U.S.C. § 504(c), Plaintiffs' request for statutory damages under the Copyright Act is granted, and Plaintiffs are awarded statutory damages of $1,500,000 against Defendant for his willful infringement of ten of Plaintiffs' Authentic Works.

IT IS FURTHER ORDERED that, in accordance with Federal Rule of Civil Procedure 69(a) and N.Y. C.P.L.R. § 5222(b), Defendant, his officers, agents, servants, employees, and attorneys, and all those in active concert or participation with him, and any financial institutions, i.e., banks, payment processing companies, savings and loan associations, credit card companies, credit card processing agencies, merchant acquiring banks, or other companies or agencies that engage in the processing or transfer of money and/or other assets ("Financial Institutions"), who receive actual notice of this Order, must immediately cease transferring, withdrawing, or otherwise

disposing of any money or other assets in accounts holding or receiving money or other assets of Defendant's, or in which Defendant has an interest (with "Defendant" for purposes of this provision meaning those persons described by the names, aliases, and/or email addresses identified on Appendix A), including but not limited to those accounts specified on Appendix D hereto ("Defendant's Accounts"), or allowing such money or other assets in Defendant's Accounts to be transferred, withdrawn, or otherwise disposed of, until such time as the judgment set forth herein is satisfied.

IT IS FURTHER ORDERED that the stay to enforce a judgment imposed by Rule 62(a) of the Federal Rules of Civil Procedure is hereby dissolved and Plaintiffs may immediately enforce the judgment set forth herein.

IT IS FURTHER ORDERED that in accordance with Federal Rule of Civil Procedure 64, N.Y. C.P.L.R. § 5225, and this Court's inherent equitable powers to issue remedies ancillary to its authority to provide final relief, Financial Institutions holding currently restrained assets in Defendant's Accounts shall release such assets to Plaintiffs in partial satisfaction of the damages award set forth herein within ten (10) business days following actual notice of this Order.

IT IS FURTHER ORDERED that Defendant shall deliver to Plaintiffs for destruction all electronic copies of Plaintiffs' Textbooks, or derivative works thereof, that Defendant has in his possession, custody, or control, and all devices by means of which such copies have been created, pursuant to 17 U.S.C. § 503.

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to release the $10,000 cash bond, posted in accordance with the *Ex Parte* Order, to Plaintiffs by sending it to their attorneys of record, Oppenheim + Zebrak, LLP, at 4530 Wisconsin Avenue, NW, 5th Floor, Washington, DC 20016.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Permanent Injunction.

FINAL JUDGMENT is hereby entered in favor of Plaintiffs against Defendant Michael McEvilley in the total amount of $1,500,000, as described above, plus post-judgment interest calculated at the rate set forth in 28 U.S.C. § 1961.

It is SO ORDERED this 20 day of January, 2023.

HON. JOHN G. KOELTL
United States District Judge

**DEFAULT JUDGMENT APPENDIX A**

*Cengage Learning, Inc., et al. v. Trung Kien Nguyen, et al.,* Civil Action No. 20-cv-769-JGK

| Defendant's Aliases | Infringing Sites - Original Complaint | Email Addresses | Infringing Sites - Associated Sites |
|---|---|---|---|
| Adam Haris Hamzah | ebookspot.shop | ahmadanwaribinzakaria@outlook.my | bestbookz.myshopify.com** |
| Ahmad Anwari Zakaria | fridaycollection.myshopify.com | azmeerkh@gmail.com | books4days.myshopify.com |
| Ahwaz Business | ka-shopp.myshopify.com | blizzardbooks@outlook.com | ebookspot.myshopify.com |
| Aiman Hakim Tajul Ariffin | kiwibookclub.myshopify.com | books4kimi@gmail.com | pdfxpress.com |
| Anwari Business | payversitystore.myshopify.com | ebookspot2019@gmail.com | |
| Blizzardbooks | smart-edu-store.myshopify.com | fdaycollection.contact@gmail.com | |
| Books4Kimi | studentnclass.myshopify.com | help.pdfxpress@gmail.com | |
| Danial Hungry | | ibrahimroslan01@gmail.com | |
| hakim hamidi | | lcmxmedia@gmail.com | |
| hazuan ramli | | info.koalaprint@gmail.com | |
| Irisrosey | | info.payversitystore@gmail.com | |
| Khairul Azmeer | | info.pdfxpress@gmail.com | |
| Khalis Md Shah | | Info.StudentNClass@gmail.com | |
| Michael A Mcevilley Ii | | info.uberbooks@gmail.com | |
| Mike McEvilley | | info.uberbooks@gmail.com | |
| Mohammad Ahlan Ahmad Ahwaz | | kiwibookclub21@gmail.com | |
| Muhammad Nizar Saiddin | | kiwibookclub21@gmail.com | |
| Rebecca Lowley | | lavishsupplyxo@gmail.com | |
| Roslan Ibrahim | | mohammadahlan87@outlook.com | |
| syafiq hakimi | | mohammadahlan87@gmail.com | |
| | | myfavoritethings02@gmail.com | |
| | | myfavoritethings02@gmail.com | |
| | | nizarsaiddin72@outlook.com | |
| | | nizarsaiddin72@outlook.com | |
| | | paulpaxton18@gmail.com | |
| | | prezhall1@gmail.com | |
| | | prezhall1@gmail.com | |
| | | shop.bestbook@gmail.com | |
| | | shop.bestbookz@gmail.com | |
| | | smartedu.contact@gmail.com | |
| | | smartedu.contact@gmail.com | |
| | | surelyskateco@gmail.com | |

**DEFAULT JUDGMENT APPENDIX B**

*Cengage Learning, Inc., et al. v. Trung Kien Nguyen, et al.,* Civil Action No. 20-cv-769-JGK

| PUBLISHER | TITLE | REGISTRATION NUMBER |
|---|---|---|
| Cengage | A Guide to Crisis Intervention, 6th | TX0008764631 |
| Cengage | Essentials of Statistics for the Behavioral Sciences, 8th | TX0008390253 |
| Cengage | Foundations of Marketing, 8th | TX0008702724 |
| Cengage | Principles of Microeconomics, 8th | TX0008816580 |
| Elsevier | Pharmacology and the Nursing Process, 8th | TX0007165716 |
| McGraw Hill | Drugs, Society, and Human Behavior, 17th | TX0008733303 |
| McGraw Hill | Marketing, 7th | TX0008778862 |
| McGraw Hill | Taxation of Individuals, 8th | TX0007929583<br>TX0008738099 |
| Pearson | Campbell Biology, 11th | TX0008472354 |
| Pearson | Pharmacology for Nurses A Pathophysiologic Approach, 5th | TX0008241655 |

### DEFAULT JUDGMENT APPENDIX C

*Cengage Learning, Inc., et al. v. Trung Kien Nguyen, et al.*, Civil Action No. 20-cv-769-JGK

| Cengage Learning | Macmillan Learning |
|---|---|
| Brooks Cole | Bedford, Freeman & Worth High School Publishers |
| Cengage | |
| Cengage Learning | Bedford/St. Martin's |
| Course Technology | BFW |
| Delmar | BFW High School Publishers |
| Gale | Freeman |
| Heinle | Macmillan Learning |
| Milady | W.H. Freeman & Company |
| National Geographic Learning | Worth |
| South-Western Educational Publishing | Worth Publishers |
| Wadsworth | |

| Elsevier | |
|---|---|
| Academic Cell | Medicine Publishing |
| Academic Press | Morgan Kaufmann Publishers |
| Amirsys | Mosby |
| Butterworth Heinemann | Newnes |
| Digital Press | North Holland |
| Elsevier | Saunders |
| Gulf Professional Publishing | Urban & Fischer |
| Hanley & Belfus | William Andrew |
| Knovel | Woodhead Publishing |
| Made Simple Books | |

| McGraw Hill | Pearson |
|---|---|
| Irwin | Addison Wesley |
| Lange | Adobe Press |
| McGraw-Hill | Allyn & Bacon |
| McGraw-Hill Education | Benjamin Cummings |
| McGraw-Hill Higher Education | Brady |
| McGraw-Hill Professional | Cisco Press |
| McGraw-Hill Ryerson | Financial Times Press/FT Press |
| McGraw-Hill/Appleton & Lange | IBM Press |
| McGraw-Hill/Contemporary | Longman |
| McGraw-Hill/Dushkin | New Riders Press |
| McGraw-Hill/Irwin | Peachpit Press |
| McGraw Hill | Pearson |
| NTC/Contemporary | Pearson Education |
| Osborne | Que Publishing |
| Schaum's | Sams Publishing |

**DEFAULT JUDGMENT APPENDIX D**

*Cengage Learning, Inc., et al. v. Trung Kien Nguyen, et al.,*  Civil Action No. 20-cv-769-JGK

| Financial Institution | Account Number |
|---|---|
| Bank of America | *8518 |
| Bank of America | *1773 |
| Bank of America | *6518 |
| PayPal | *8345 |
| PayPal | *1445 |
| PayPal | *9779 |
| PayPal | *9284 |
| PayPal | *3162 |
| PayPal | *2730 |
| PayPal | *9006 |
| PayPal | *9610 |
| PayPal | *0005 |
| PayPal | *3356 |
| Stripe | *7E9t |
| Stripe | *LTAc |
| Stripe | *AKA8 |
| Stripe | *f5yP |
| Stripe | *FLe1 |
| Stripe | *u4vv |
| Stripe | *UX6B |
| Stripe | *oZIG |